**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6212

VONELL DAVIS, JR.,

Plaintiff - Appellant,

v.

MR. WAYNE HILL; MS. MARIA MAXINO-SABUNDAYO; MR. VERNON CROWELL; PEANUT KIDS, INC.; LIEUTENANT SILAS, Dietary Supervisor; R. HALE, Captain,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:21-cv-02740-PX)

Submitted:  July 25, 2023                    Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vonell Davis, Jr., Appellant Pro Se. Sandra Diana Lee, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vonell Davis, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint and denying his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Davis v. Hill*, No. 1:21-cv-02740-PX (D. Md. Jan. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*